LATHAM & WATKINS LLP
  Alfred C. Pfeiffer (CA 120965)
  Christopher S. Yates (CA 161273)
  Belinda S Lee (CA 199635)
  Niall E. Lynch (CA 157959)
  Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415-391-0600
Facsimile: 415-395-8095
*al.pfeiffer@lw.com*
*chris.yates@lw.com*
*belinda.lee@lw.com*
*niall.lynch@lw.com*
*ashley.bauer@lw.com*

*Attorneys for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sysco Corporation,<br><br>      Plaintiff,<br><br>    v.<br><br>Bumble Bee Foods, LLC, StarKist Company, Dongwon Industries Co. Ltd., Del Monte Corporation, Tri-Union Seafoods LLC d/b/a Chicken of the Sea International, Inc., and Thai Union Group PCL,<br><br>      Defendants. | Case No.: 3:18-CV-00387-JLS-MDD<br><br>MDL No. 2670<br><br>Judge: Hon. Janis L. Sammartino<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Ashley M. Bauer of LATHAM & WATKINS LLP hereby enters her appearance in the above-captioned matter as counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd. and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon her at the following address:

>Ashley M. Bauer (CA 231626)
>LATHAM & WATKINS LLP
>505 Montgomery Street, Suite 2000
>San Francisco, California 94111-6538
>Telephone: (415) 391-0600
>Facsimile: (415) 395-8095
>Email: *ashley.bauer@lw.com*

Dated: April 23, 2018　　　　　　　LATHAM & WATKINS LLP

　　　　　　　　　　　　　　　　　By: s/ Ashley M. Bauer
　　　　　　　　　　　　　　　　　　　　Ashley M. Bauer

　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　505 Montgomery Street, Suite 2000
　　　　　　　　　　　　　　　　　San Francisco, CA 94111-6538
　　　　　　　　　　　　　　　　　Tel: (415) 391-0600
　　　　　　　　　　　　　　　　　Fax: (415) 395-8095
　　　　　　　　　　　　　　　　　E-mail: *ashley.bauer@lw.com*

　　　　　　　　　　　　　　　　　*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*

# CERTIFICATE OF SERVICE

I certify that on April 23, 2018, I filed the foregoing Notice of Appearance with the Clerk of the Court for the United States, Southern District of California, by using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

Dated: April 23, 2018              LATHAM & WATKINS LLP


                                   By:   s/ Ashley M. Bauer
                                         Ashley M. Bauer